**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 4th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Hasan Salim    JOINT DEBTOR: _____    CASE NO.: 17-19719

SS#: xxx-xx- 3219    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,457.13 for months 1 to 17;
2. $5,293.06 for months 18 to 50;
3. $5,660.93 for months 51 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| Total Fees: | $7825.00 | Total Paid: | $1140.00 | Balance Due: | $6685.00 |
|---|---|---|---|---|---|
| Payable | $76.49 | /month (Months 1 to 17) | | | |
| Payable | $125.23 | /month (Months 18 to 60) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,650.00 Safe Harbor -Attorneys Fees and Costs (BKC)
$2,600.00 Safe Harbor - Attorneys Fees and Costs (MMM)
$525.00 Safe Harbor - Attorneys Fees and Costs (Motion to Extend Automatic Stay)
$1,050.00 Safe Harbor - Attorneys Fees (Motion to Modify)
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Home Mortgage
   Address: 8480 Stagecoach Circle, Frederick, MD 21701
   Arrearage/ Payoff on Petition Date: $58,996.48
   Regular Payment (Maintain): $1,033.61 /month (Months 1 to 17)

Debtor(s): Hasan Salim                                  Case number: 17-19719

| | | | |
|---|---|---|---|
| Last 4 Digits of Account No.: 2537 | Regular Payment (Maintain) | $3,032.45 | /month (Months 18 to 60) |
| | Arrears Payment (Cure) | $96.86 | /month (Months 1 to 17) |
| | Arrears Payment (Cure) | $1,333.72 | /month (Months 18 to 60) |

Other: $2,462.95 x 7 months; $2,466.52 x 53 months

☒ Real Property                             Check one below for Real Property:
  ☒ Principal Residence                     ☒ Escrow is included in the regular payments
  ☐ Other Real Property                     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
2780 SW 131 Terrace
Miramar, FL 33027

☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: Wells Fargo Home Mortgage

| | | | |
|---|---|---|---|
| Address: 8480 Stagecoach Circle Frederick, MD 21701 | Arrearage/ Payoff on Petition Date | $3,708.39 | |
| | Arrears Payment (Cure) | $36.44 | /month (Months 1 to 17) |
| Last 4 Digits of Account No.: 5369 | Arrears Payment (Cure) | $71.84 | /month (Months 18 to 60) |
| | Regular Payment (Maintain) | $63.17 | /month (Months 1 to 17) |
| | Regular Payment (Maintain) | $133.09 | /month (Months 18 to 60) |

Other: 102.65 x 9 months; 115.15x51 months

☒ Real Property                             Check one below for Real Property:
  ☒ Principal Residence                     ☒ Escrow is included in the regular payments
  ☐ Other Real Property                     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
2780 SW 131 Terrace
Miramar, FL 33027

☐ Personal Property/Vehicle

Description of Collateral:

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☐ NONE
   ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the clebtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Biltmore Estates HOA | 5801 | 2780 SW 131 Terrace Miramar, FL 33027 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

  B. **INTERNAL REVENUE SERVICE:** ☐ NONE

Debtor(s): Hasan Salim                                    Case number: 17-19719

| | | | | |
|---|---|---|---|---|
| Total Due: | $4,924.23 | Total Payment | $4,924.23 | |
| Payable: | $22.73 | /month (Months | 1 to 17 ) | |
| Payable: | $105.54 | /month (Months | 18 to 60 ) | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE    **D. OTHER:**

■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay  $62.28  /month (Months  1  to  17 )

        Pay  $10.00  /month (Months  18  to  50 )

        Pay  $344.43  /month (Months  51  to  60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** SEPARATELY CLASSIFIED:    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII. NON-STANDARD PLAN PROVISIONS**    ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/                                    Debtor    11/20/2018                                    Joint Debtor
Hasan Salim                                      Date                                                            Date

_____    _____
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**