**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                              CASE NO: 17-19719-JKO
**HASAN SALIM**                                          CHAPTER 13
**XXX-XX-3219**
        **Debtor         /**

**MOTION TO MODIFY CHAPTER 13 PLAN**

*COMES NOW,* the Debtor, Hasan Salim, by and through undersigned counsel, and hereby moves this Court for an Order Granting the Motion to Modify Chapter 13 Plan, and in support of said motion states as follows:

1. Debtor filed for Chapter 13 Bankruptcy on July 31, 2017.

2. On May 2, 2019, Trustee filed a Notice of Delinquency with Chapter 13 Payments (DE #95).

3. Debtor would like to cure and maintain the first mortgage to his homestead property.

4. Debtor is filing a Modified Plan simultaneously with the filing of the Motion to Modify.

*WHEREFORE,* Debtor respectfully requests that this Honorable Court enter an Order Granting Debtor's Motion to Modify Chapter 13 Plan.

                                                The Law Offices of Christian Paul Larriviere, P.A.
                                                Counsel for the Debtor
                                                4340 Sheridan Street, Suite 102
                                                Hollywood, Florida 33021
                                                P: (954) 239-7150
                                                F: (954) 874-6110
                                                E: Christian@cpllaw.com
                                                By: _____/s_____
                                                Christian Paul Larriviere, Esq.
                                                Florida Bar No: 571156